IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Angel Cruz                           :
                                     :
              v.                     :        No. 1748 C.D. 2015
                                     :
Police Officers MaDonna,             :
Robert E. Peachey, and               :
Christopher McCue                    :
                                     :
Appeal of: Police Officer            :
Robert E. Peachey                    :

# **O R D E R**

NOW, March 27, 2017, having considered appellant's application for reargument, the application is denied.

<br>

MARY HANNAH LEAVITT,
President Judge